[No. 5369–1.   Division One.   October 24, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. BASIL JAMES ELLIOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75237, Janice Niemi, J., entered June 18, 1976. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.


[No. 2400–3.   Division Three.   October 25, 1977.]

*In the Matter of the Personal Restraint of* MELVIN EUGENE TOULOU, *Petitioner.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 6047, B. E. Kohls, J., entered April 5, 1976. *Dismissed* by unpublished per curiam opinion.


[No. 1964–3.   Division Three.   October 25, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JULIE C. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 4190, Fred R. Staples, J., entered April 22, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.